## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CELGENE CORPORATION, CELGENE INTERNATIONAL SÀRL, AND BRISTOL-MYERS SQUIBB COMPANY, | |
| Plaintiffs, | C.A. No. 23-cv-1019-RGA |
| v. | |
| NATCO PHARMA LTD., | |
| Defendant. | |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiffs Celgene Corporation, Celgene International Sarl, and Bristol-Myers Squibb Company ("Plaintiffs"), at the request of Defendant Natco Pharma Limited ("Natco"), hereby move to extend the deadline for Natco to answer or otherwise respond to the complaint to December 20, 2023. Natco has not yet retained local counsel and, therefore, requested that Plaintiffs file this motion. Plaintiffs do not oppose the extension sought by Natco.

Dated: November 14, 2023

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*