IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION, CELGENE INTERNATIONAL SÀRL, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATCO PHARMA LTD.,<br><br>　　　　Defendant. | C.A. No. 23-cv-1019-RGA |

## ORDER

AND NOW, this _____ day of _____, 2023, the Court having the Unopposed Motion to Extend Time to Respond to Complaint (the "Motion");

IT IS HEREBY ORDERED that the Motion is GRANTED.

 　　　　　　　　　　　　　　　　_____
 　　　　　　　　　　　　　　　　The Honorable Richard G. Andrews